# EXHIBIT B

**From:** Steve Vondran <steve@vondranlegal.com>
**Sent:** Thursday, January 13, 2022 8:01 PM
**To:** Adam Sikich <asikich@dunnerlaw.com>
**Cc:** Lisa Dunner <ldunner@dunnerlaw.com>
**Subject:** Vondran vs. Antonelli et al - FRE 408 confidential settlement communication. Inadmissible in any legal proceeding for any purpose

Counsel,

There are three parties to blame. **$105,000** is my offer to settle. I am willing to be reasonable with terms (see below), but this has taken a ton of time and $$. This is a totally malicious act against a lawful competitor for what I will show are obvious reasons. There was no need to do what they did.

The Trademark will also be challenged and I will be seeking punitive damages and attorney fees for the tort claims. My (second) attorney is currently in the process of drafting the complaint which I expect to be filed next week when I put my final blessing on it.

Proposed Terms:

1. Mutual release of all claims;
2. I will remove online references to the case;
3. Mutual confidentiality and non-disparagement agreement;
4. He can keep his trademark, but covenant not to sue me for any alleged violation via my social media (as it is, I can hardly mention "torrent" and "defense" in the same sentence without risking a claim). This is why the descriptive mark never should have issued, especially absent any secondary meaning.

5. Funds wired in 7 days

If they want to stop the bleeding, now is the time.

Cordially,

SV